■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT NUERNBERGER, Petitioner, v. CHARLES L. MCKENDRICK, as Warden of Wallkill Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face. Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD JONES, Petitioner, v. CHARLES L. MCKENDRICK, as Warden of Wallkill Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face. (See *Matter of Hogan* v. *Culkin*, 18 N Y 2d 330, 332.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

(June 20, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN WRIGHT, Petitioner, v. CHARLES L. MCKENDRICK, as Warden of Wallkill Prison, Respondent.— Applications, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on their face. Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

(June 27, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD FRANK DARLING, Appellant.— HERLIHY, J. P. Appeal from a judgment of conviction of burglary, third degree, on the sole ground that the sentence is excessive. There were three separate indictments presented against the defendant by the Madison County Grand Jury. He was allowed to plead to one felony count in full satisfaction of that indictment and a dismissal was granted as to the other two indictments. The sentence imposed was not excessive. Judgment affirmed. Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J. P.